**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HYUNDAI MOTOR COMPANY, a Korean corporation, and HYUNDAI MOTOR AMERICA, INC., a California corporation,

Plaintiffs,

vs.

HYUNDAI TECHNOLOGY GROUP, INC., a California corporation, GENERAL PROCUREMENT, INC., a California corporation, and HYUNDAI TECHNOLOGY, INC., a Puerto Rican corporation,

Defendants.

Case No. 8:23-cv-01709-CBM (DFMx)

**ORDER GRANTING PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION (DKT. NO. 473)**

The Court, having considered Plaintiffs Hyundai Motor Company and Hyundai Motor America, Inc.'s Motion for a Permanent Injunction ("Motion"), all briefing, arguments of counsel, and all other matters presented to the Court, and good cause appearing therefor, hereby **GRANTS** the Motion and issues the permanent injunction. The Permanent Injunction is effective immediately.

**IT IS SO ORDERED.**

Dated: 10/7/26

Hon. Consuelo Marshall
United States District Judge