**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HYUNDAI MOTOR COMPANY, a Korean corporation, and HYUNDAI MOTOR AMERICA, INC., a California corporation,

Plaintiffs,

vs.

HYUNDAI TECHNOLOGY GROUP, INC., a California corporation, GENERAL PROCUREMENT, INC., a California corporation, and HYUNDAI TECHNOLOGY, INC., a Puerto Rican corporation,

Defendants.

Case No. 8:23-cv-01709-CBM (DFMx)

**PERMANENT INJUNCTION**

**IT IS HEREBY ORDERED** that Defendants Hyundai Technology Group, Inc., General Procurement Inc., and Hyundai Technology Inc. ("Defendants"), their agents, servants, employees, representatives, successors, and assigns, and all persons, firms, or corporations in active concert or participation with any of them, (together, the "Enjoined Persons") are permanently enjoined from:

1. Manufacturing, importing, exporting, advertising, marketing, promoting, displaying, supplying, distributing, delivering, drop-shipping, offering for sale, selling, or transferring any goods or services which bear the HYUNDAI mark in the United States, including but not limited to:

   a. Selling or offering for sale in the United States any products bearing the name "Hyundai" on the product itself, product packaging, or any other materials accompanying the product;

   b. Using the word "Hyundai" in any URL or on any website; or, in the alternative, from failing to geo-block any such website from being accessed from within the United States;

   c. Using the word "Hyundai" in any company name or on any online stores or marketplaces accessible by persons in the United States, including but not limited to Amazon.com;

2. Claiming or implying any relationship, association, or affiliation with Hyundai Motor, including through statements that any Defendant is or was: "founded over 70 years ago by Chung Ju-yung in 1947 in South Korea"; "ranked 36th in global brand value (Interbrand 2020)"; or "recognized as a global leader in many industries from automotive to construction, shipbuilding, steel and technology;"

3. Using the name "Hyundai" in any description of their products to imply a relationship with Hyundai Motor in any commercial or business

context, including but not limited to any direct communications with consumers; and

4. Licensing or otherwise inducing any person to use the name "Hyundai" in the United States.

**IT IS FURTHER ORDERED** that the Enjoined Persons shall, within thirty (30) days of the entry of this Order, file with the Court and serve upon Plaintiffs a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with this Order.

**IT IS FURTHER ORDERED** that the Enjoined Persons shall, within thirty (30) days of the entry of this Order:

1. Destroy all remaining inventory of all goods located in the United States subject to the Permanent Injunction, if any, including without limitation all advertising, promotional, and marketing materials related to those goods, including without limitation store signs, catalogues, and any other items that bear, contain, or incorporate the HYUNDAI mark; and

2. Remove from any websites under their control that are displayed to consumers in the United States, including without limitation hyundaitechnology.com and generalprocurement.com, any reference to "Hyundai," Plaintiffs, or any claim that Defendants have any relationship, association, or affiliation with Hyundai Motor.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of this Order.

Dated: 10/7/26

[signature]

Hon. Consuelo Marshall
United States District Judge