# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUNDAI MOTOR COMPANY, a Korean corporation, and HYUNDAI MOTOR AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HYUNDAI TECHNOLOGY GROUP, INC., a California corporation, GENERAL PROCUREMENT, INC., a California corporation, and HYUNDAI TECHNOLOGY, INC., a Puerto Rican corporation,<br><br>Defendants. | Case No. 8:23-cv-01709-CBM (DFMx)<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 52 RE: CLAIM 5 AND CLAIM 6 (DKT. NO. 474)** |

The Court, having considered Plaintiffs Hyundai Motor Company and Hyundai Motor America, Inc.'s (collectively, "Plaintiffs") Motion for Relief on Plaintiffs' Claim 5 (Cancellation Of Federal Trademark Registration) and Claim 6 (Declaratory Relief) ("Motion"), all briefing, arguments of counsel, and all other matters presented to the Court, and good cause appearing therefore, hereby makes the following factual findings:

- The purported 2018 assignment agreement between Defendant Hyundai Technology, Inc. ("HTI") and Hyundai Bioscience ("Bioscience"), which purported to assign Trademark Registration No. 5,431,013 ("'013 Registration") to HTI ("2018 Contract"), was an invalid assignment in gross because HTI did not obtain or continue to use the goodwill underlying the '013 Registration;
- Bioscience kept and continued to use the goodwill underlying the '013 Registration via sales of computer monitors in the U.S. through its subsidiary Hyundai IT America Corp. ("HITA") until 2021;
- Bioscience (which was doing business in the U.S. through HITA) abandoned the '013 Registration when it ceased its computer monitor business in the U.S. in 2021 and dissolved HITA in 2024.

Based on these factual findings, the Court makes the following legal conclusion:

- The '013 Registration is cancelled because Defendants willfully diluted Plaintiffs' mark and/or because the true owner Bioscience abandoned that registration after making an invalid, unenforceable, and/or voidable assignment via the 2018 Contract.

Dated: 10/7/26

Hon. Consuelo Marshall
United States District Judge