JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HYUNDAI MOTOR COMPANY, a Korean corporation, and HYUNDAI MOTOR AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HYUNDAI TECHNOLOGY GROUP, INC., a California corporation, GENERAL PROCUREMENT, INC., a California corporation, and HYUNDAI TECHNOLOGY, INC., a Puerto Rican corporation,<br><br>Defendants. | Case No. 8:23-cv-01709-CBM (DFMx)<br><br>**FINAL JUDGMENT** |

Plaintiffs Hyundai Motor Company and Hyundai Motor America, Inc. ("Plaintiffs") filed their operative complaint in this action (Dkt. 1) against Defendants Hyundai Technology Group, Inc., General Procurement, Inc., and Hyundai Technology, Inc. ("Defendants") on March 24, 2023, asserting six causes of action: (1) federal trademark dilution under 15 U.S.C. § 1125(c)(2)(C); (2) false designation of origin under 15 U.S.C. § 1125(a); (3) common law unfair competition; (4) California unfair competition under Cal. Bus. & Prof. Code §§ 17200 *et seq.*; (5) cancellation of federal trademark registration under 15 U.S.C. § 1119 (against Defendant Hyundai Technology, Inc. only), and (6) declaration that assignment of the '013 registration was invalid for lack of goodwill and for cancellation of the '013 registration under 28 U.S.C. § 2201(a) (against Defendant Hyundai Technology, Inc. only). After a jury trial, the jury found in favor of Plaintiffs on claims 1 and 2, and in favor of Defendants on claim 3. The parties agreed that claim 4 rises and falls with claims 1 and 2. Through post-trial briefing, the Defendants sought judgment as a matter of law on claims 1, 2, 4, 5, and 6, a new trial on claims 1 and 2, and a new trial on damages or remittitur. Dkt. 477, 478, 479. Plaintiffs' post-trial motions sought a permanent injunction on the basis of claims 1, 2, and 4, enhanced damages, and cancellation and declaratory judgment under claims 5 and 6. Dkt. 472, 473, 474. The Court denied all of Defendants' post-trial motions, found in favor of Plaintiffs on and granted relief on claims 1, 2, 4, 5, and 6, and denied Plaintiffs' request for enhanced damages while granting Plaintiffs' request for post-judgment interest. Dkt. 505.

Pursuant to Federal Rule of Civil Procedure 58, and consistent with the jury's verdict (Dkt. 468), the Court's decisions upholding the jury's verdict, the Court's findings in support of Plaintiffs' claims 5 and 6 (Dkt. 502), the Court's findings in support of the permanent injunction entered in favor of Plaintiffs, including with respect to Plaintiffs' claim 1, 2, and 4, as well as the parties agreement that claim 4 rises and falls with claims 1 and 2, the Court's orders on the parties' remaining post-trial motions (Dkts. 499, 500, 501, 503, 504, 506), and the entirety of the record

available, IT IS HEREBY ORDERED, ADJUDGED AND, DECREED THAT judgment on the merits be entered in favor of Plaintiffs against Defendants on claims 1, 2, 4, 5, and 6. On claims 1 and 2, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT judgment on the merits be entered in favor of Plaintiffs in the amount of $2,500,000.00 under 15 U.S.C. § 1117(a). Plaintiffs are hereby awarded post-judgment interest to begin accruing from the date of this judgment under 28 U.S.C. § 1961.

Accordingly, within 14 days of this judgment, Plaintiffs may file an application to tax costs in accordance with Local Rule 54-2 and Federal Rule of Civil Procedure 54, as well as any motion for attorney's fees under 15 U.S.C. § 1117(a) and Federal Rule of Civil Procedure 54.

This is a final judgment.

**IT IS SO ORDERED.**

Dated: 10/22/26

Hon. Consuelo Marshall
United States District Judge